**Order filed October 30, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00298-CR
_____

### DUANE ERIC WEST, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 39th District Court**

**Haskell County, Texas**

**Trial Court Cause No. 6709**

## O R D E R

The court has determined that State's Exhibit No. 17 constitutes evidence depicting sexual conduct by a child or minor as defined by TEX. CODE CRIM. PROC. ANN. art. 38.45 (West Supp. 2014) and the statutes set out therein. Pursuant to TEX. R. APP. P. 9.10(f), this court orders that State's Exhibit No. 17 is to be segregated from the remainder of the documents filed in this appeal and sealed for

all purposes.  State's Exhibit No. 17 shall not be publically available on the Internet and it shall not be available to anyone in either paper form or electronic form.  This order sealing State's Exhibit No. 17 will be filed along with the sealed document.  The sealed document shall not be available in any form without an order from this court.

PER CURIAM

October 30, 2015

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.